**No. 09-8163. Ulice Askew, Petitioner v. United States.**

559 U.S. 1033, 130 S. Ct. 1946, 176 L. Ed. 2d 410, 2010 U.S. LEXIS 2501.

March 22, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 915, 130 S. Ct. 1309, 175 L. Ed. 2d 1093, 2010 U.S. LEXIS 962.